## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### Bid Protest

**HIGHER EDUCATION LOAN AUTHORITY**
**OF THE STATE OF MISSOURI**

          **Plaintiff,**

v.

**THE UNITED STATES OF AMERICA,**

          **Defendant.**

)
)
)
)
)
)
)
)
)
)
)
)

No. _____

**18-1758 C**

### PLAINTIFF'S NOTICE OF RELATED CASES

In accordance with Rule 40.2 of the Rules of the U.S. Court of Federal Claims, Plaintiff, Higher Education Loan Authority of the State of Missouri ("MOHELA"), hereby provides this Notice of Directly Related Cases.

On October 31, 2018, Navient Solutions, LLC ("Navient") filed a pre-award bid protest at the U.S. Court of Federal Claims contesting solicitation modifications that were made by the U.S. Department of Education (the "Agency") in connection with its two-phase procurement for a Next Generation Processing and Servicing Environment. The Navient protest was docketed as Case No. 18-1679 and assigned to Judge Thomas C. Wheeler.

MOHELA's bid protest in this Court involves the same two-phase procurement that has been protested by Navient. Further, although the Navient protest was filed under seal and MOHELA only possesses the redacted version of Navient's complaint, both plaintiffs have claimed that the Agency improperly expanded "Component D" of the procurement in Phase II. Thus, although certain legal and factual issues raised by MOHELA and Navient may differ, the

assignment of the MOHELA protest to Judge Wheeler would be beneficial for the expedient

resolution of the MOHELA protest and for the sake of consistency in the outcome.

Respectfully submitted,

Scott F. Lane
One US Bank Plaza
St. Louis, Missouri 63101-1693
(314 552-6535 (tel.)
(314) 552-7000 (fax)
slane@thompsoncoburn.com (e-mail)

Attorney of Record for Plaintiff
Higher Education Loan Authority of the State of Missouri

Of Counsel:

Katherine S. Nucci
Jayna M. Rust
Thompson Coburn LLP

Dated: November 14, 2018

# CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2018, I caused copies of the Plaintiff's Notice of

Related Cases to be served by electronic mail upon:

> John J. Todor, Esq.
> U.S. Department of Justice
> Commercial Litigation Branch
> P.O. Box 480
> Ben Franklin Station
> Washington, D.C. 20044
> john.todor@usdoj.gov (e-mail)

Pursuant to RCFC 40.2(a)(3)(C), the foregoing was also served on the same day by

electronic mail upon all parties in the related case as follows:

> Jonathan D. Shaffer, Esq.
> Smith Pachter McWhorter PLC
> 8000 Towers Crescent Drive, Suite 900
> Tysons Corner, VA 22182
> jshaffer@smithpachter.com (e-mail)

> David Richard Pehlke, Esq.
> U.S. Department of Justice
> Commercial Litigation Branch
> Post Office Box 480
> Ben Franklin Station
> Washington, D.C. 20044
> david.r.pehlke@usdoj.gov (e-mail)

Scott F. Lane